# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN WOODEN<br>*Defendant(s)* | ) <br> ) <br> ) Case No. <br> )  1:21-mj-00003 <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 16, 2020  in the county of  Marion  in the
Southern District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Launa Hunt
*Complainant's signature*

Launa Hunt, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
   telephone    (*reliable electronic means*)

Date:  1/5/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

City and state:   Indianapolis, Indiana

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

1.  Your Affiant is a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since September 2014. Your Affiant is currently assigned to the Indianapolis Group I Field Office – Achilles Task Force and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code, for all of which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy. As a federal agent, your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2.  Prior to employment with ATF, your Affiant was employed as a police officer with the Kokomo (Indiana) Police Department for approximately 10.5 years. As a law enforcement officer, your Affiant has participated in investigations involving homicides, aggravated batteries, serious violent felons, firearms, drug trafficking, robberies, and financial crimes, among other matters. Your Affiant has also testified in judicial proceedings and prosecutions for violations of comparable state law.

3.  This affidavit is submitted in support of a criminal complaint charging Kevin WOODEN with Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

**Facts Supporting Probable Cause**

4.      On December 16, 2020, Officer Nathan Lush with the Indianapolis Metropolitan Police Department (IMPD) observed a gold Ford Taurus ("the Taurus") with front right side fender damage traveling in a location within the Southern District of Indiana.  The Taurus matched the description of a vehicle driven by a suspect, Kevin WOODEN, from a battery and shots fired complaint on December 15, 2020.  Officer Lush observed the driver of the Taurus commit multiple driving infractions and initated a traffic stop on the Taurus.   The Taurus stopped and the driver, WOODEN, was removed and placed in handcuffs.

5.      Officer Lush could smell the odor of burnt and raw marijuana coming from WOODEN's person.  Officers searched WOODEN's person and located marijuana in his jacket.  Officers also located a firearm magazine containing eight (8) .45 caliber rounds of ammunition in WOODEN's pants pocket.

6.      Officer Lush smelled marijuana coming from inside the Taurus.  Officer Lush also observed a digital scale and marijuana "shake" inside the Taurus.  As a result, a search of the vehicle was initiated.  Officer Lush looked under the front driver's seat of the Taurus and observed a firearm.  Officer Lush had prior knowledge that WOODEN was a convicted felon and could not legally possess a firearm.

7.      A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) firearm liaison, Officer Ryan Bowersox, responded to the traffic stop in order to collect and process the firearm.  The firearm was identified as a .45 caliber Hi-Point, model JHP, bearing serial number X4309511 ("the Hi-Point").  It was later determined the Hi-Point was reported stolen. It should be noted the shell casing collected at the scene of the December 15, 2020 battery and shots fired complaint referenced above was a .45 caliber shell casing.

8. In a post-*Miranda* statement, WOODEN told Officer Bowersox a weapon was under the seat of the Taurus. WOODEN later described the weapon as a black firearm with no magazine. WOODEN said he recently purchased the firearm and that he "probably" fired the gun. An interstate nexus expert with ATF reviewed the Hi-Point characteristics and determined that it was not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, it had to have been transported or shipped in interstate or foreign commerce.

9. WOODEN has sustained the following convictions for a crime punishable by more than one (1) year of imprisonment: (1) Possession of Cocaine (C-Felony) under Marion County (Indiana) cause number 49G20-9909-CF-153666 on or about December 14, 1999, (2) Robbery (B-Felony) under Marion County (Indiana) cause number 49G01-0208-FB-212662 on or about October 30, 2003 and (3) Possession of Cocaine (D-Felony) under Marion County (Indiana) cause number 49G14-1112-FD-087746 on or about September 30, 2013.

## Conclusion

10. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on or about December 16, 2020, in the Southern District of Indiana, Kevin WOODEN, having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). I respectfully request this Court issue a Criminal Complaint charging WOODEN accordingly, along with a warrant for his arrest.

/s/ Launa K. Hunt
Launa K. Hunt, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

1/5/2021

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

4